UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROGELIO YOUNG,

                         Plaintiff

                                                  DECISION and ORDER
-vs-                                          12-CV-6251-CJS-MWP

EDITH PICKENS,

                         Defendant
_____

    **Siragusa, J.** This case was referred to Magistrate Judge Marion W. Payson pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and (C), on July 18, 2012, ECF No. 17. Defendant moved for sanctions pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(iii), (v) and (d), by Notice of Motion filed on July 22, 2016, ECF No. 68. The motion was served by Defendant on Plaintiff at his address on Madison Avenue, New York City, which is on file with the Court. Judge Payson issued a Report and Recommendation on March 2, 2017, ECF No. 73, recommending that the case be dismissed with prejudice. The Clerk sent a copy of the Report and Recommendation to Plaintiff at the same Madison Avenue address on March 2, 2017. To date, Plaintiff has not filed any objection to Judge Payson's recommended disposition of the motion. Accordingly, the Court accepts Magistrate Judge Payson's Report and Recommendation. Therefore, Defendants' motion for sanctions, ECF No. 68, is granted and the Clerk is directed to enter judgment for Defendants.

    IT IS SO ORDERED.

Dated: Rochester, New York
       March 23, 2017    ENTER:

                                              /s/ Charles J. Siragusa
                                              CHARLES J. SIRAGUSA
                                              United States District Judge